Jo Karen McGUIRE, Individually, and as Next Friend of Kandice Raychenne Ball; Kandice Raychenne Ball, Appellants,

v.

State of ARKANSAS; Mike Huckabee, in his Official Capacity as Governor of the State of Arkansas; Mark Pryor, in his Official Capacity as Attorney General of the State of Arkansas; Arkansas Department of Human Services; Kurt Knickrehm, in his Official Capacity as Director of the Arkansas Department of Human Services; Ray Hanley, in his Official Capacity as Director of the Division of Medical Services for the Arkansas Department of Human Services; Greene County Human Services; H.C. Lemmons, Individually and in his Official Capacity as Administrator for the Department of Human Services, Greene County Division; Stan Rogers, Individually and in his Official Capacity as County Supervisor for the Division of Child and Family Services with the Greene County Department of Human Services; Kathy Ray, Individually and in her Official Capacity as a Family Service Worker for the Greene County Department of Human Services; Dwight Akins, Individually and in his Official Capacity as a Family Support Specialist for the Greene County Department of Human Services; Pat Williams, Individually and in her Official Capacity as a Family Support Specialist for the Greene County Department of Human Services; Greene County Health Department; Lee Presley, in his Official Capacity as Administrator of the Greene County Health Department, Appellees.

No. 00–1398.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2001.

Decided March 13, 2001.

Before WOLLMAN, Chief Judge, FAGG and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jo Karen McGuire appeals the dismissal of a civil suit she filed on behalf of her daughter, Kandice Ball, naming various public officials as defendants. Having carefully reviewed the record, we conclude that the district court[1] properly dismissed Ball's suit.

The judgment is affirmed. *See* 8th Cir. R. 47B. We deny Ball's motion for appointment of counsel.

---

1. The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.